UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Patterson Dental Company, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Welch Allyn, Inc., a New York corporation,<br><br>Defendant. | Civil No. 01-163 MJD/JGL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

**STIPULATION**

The undersigned parties hereby stipulate to allow Welch Allyn an extension of time to answer or otherwise plead until March 6, 2001.

Dated: 2-20, 2001.

BRIGGS AND MORGAN, P.A.

By [signature]
Jeffrey F. Shaw
2200 First National Bank Building
Saint Paul, MN 55101
Telephone: 651/223-6600

***Attorneys for Plaintiff Patterson Dental Company***

Dated: 2/16, 2001.

LINDQUIST & VENNUM, P.L.L.P.

By [signature]
David A. Allgeyer
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/371-3211

***Attorneys for Defendant Welch Allyn, Inc.***

Doc# 1368049\1

FILED
RICHARD D. SLETTEN, CLERK

**ORDER**

Based upon the above stipulation, the Court orders that Defendant Welch Allyn's time to answer or otherwise plead in the above-entitled matter is extended until March 6, 2001.

Dated: Feb 21, 2001.

The Honorable Jonathan G. Lebedoff
United States District Court Magistrate Judge