UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Patterson Dental Company, a Minnesota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>Welch Allyn, Inc., a New York corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 01-163 MJD/JGL<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINE** |

**STIPULATION**

The undersigned parties stipulate that the deadline for completion of all discovery in this matter shall be extended from May 1, 2002 to May 31, 2002. All other deadlines in the Scheduling Order in this matter shall remain in place.

Dated: 4/10, 2002.

BRIGGS AND MORGAN, P.A.

By [signature]
Jeffrey F. Shaw
2200 First National Bank Building
Saint Paul, MN 55101
Telephone: 651/223-6600

***Attorneys for Plaintiff Patterson Dental Company***

Dated: 4/11, 2002.

LINDQUIST & VENNUM, P.L.L.P.

By [signature]
David A. Allgeyer
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612/371-3211

Doc# 1538596\1

FILED APR 15 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

BOND, SCHOENECK & KING, LLP
Deborah H. Karalunas, Esq.
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: 315/422-0121

***Attorneys for Defendant Welch Allyn, Inc.***

**ORDER**

Based upon the above stipulation, the Court orders that the parties' time to complete discovery in the above-entitled matter is extended until May 31, 2002.

Dated: April 15, 2002.

The Honorable Jonathan G. Lebedoff
United States District Court Magistrate Judge