ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PATTERSON DENTAL COMPANY,
a Minnesota corporation,

Plaintiff,

v.

WELCH ALLYN, INC.,
a New York corporation,

Defendant.

Civil File No. 01-163 MJD/JGL

**ORDER**

---

The above-entitled matter is before the Court on Defendant/Counterclaimant Welch Allyn, Inc.'s motion to enlarge the dispositive motion deadline. Based upon the files, records and proceedings herein, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that:

1. Welch Allyn Inc.'s motion (Doc #28) is GRANTED. The dispositive motion deadline is extended to October 18 JGL, 2002, or such other date as Judge Michael J. Davis can hear Welch Allyn's pending motion for summary judgment.

SO ORDERED.

Dated: Aug. 29, 2002

The Honorable Jonathan Lebedoff
Chief United States Magistrate Judge

2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK