# UN'TED STATES DISTRICT CO'RT

425928

**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert St., St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION *PRO HAC VICE*

Case Title: Patterson Dental Company v. Welch Allyn, Inc.
Case Number: CIV 01-163 (MJD/JGL)

Affidavit of Movant

I, Mark R. Privratsky, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit *pro hac vice* John G. McGowan, an attorney admitted to practice in the Northern and Western Districts of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X) defendant Welch Allyn, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature]
Signature

0275104
MN Attorney License #

10-14-02
Date

Law Firm Name & Address: Lindquist & Vennum, P.L.L.P.
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 371-3211

Affidavit of Proposed Admittee

I, John G. McGowan, am currently a member in good standing of the U.S. District Court for the Northern and Western Districts of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission *pro hac vice*, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

John G. McGowan
Type/Print Name

[signature]
Signature

10/15/02
Date

Attorney License Number: No bar number issued

Law Firm Name & Address: Bond Schoeneck & King, LLP
One Lincoln Center
Syracuse, NY 13202
Telephone: (315) 422-0121

Motion Granted: [signature]
For the Court: ~~Francis E. Dosal~~, Clerk mmc

OCT 1 5 2002
Date

Note: The original of this form and the *Pro Hac Vice* admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED OCT 1 6 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________