UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

PATTERSON DENTAL COMPANY,
a Minnesota corporation,

Plaintiff,

v.

WELCH ALLYN, INC.,
A New York corporation,

Defendant/
Counterclaimant.

Civil File No. 01-163-MJD/JGL

**ORDER**

---

This matter came on for hearing in connection with Defendant's Motion for Summary Judgment on October 18, 2002. Having reviewed the supporting materials and heard from counsel, the Court orders as follows:

1. Plaintiff's motion for leave to file Supplemental Affidavit of Jeffrey F. Shaw in connection with its opposition to Defendant's Motion for Summary Judgment is GRANTED;

2. Defendant is ordered to produce all documents requested by Jeffrey F. Shaw on September 10, 2002 within five (5) business days of this Order; and

3. Plaintiff is granted seven (7) days following receipt of the documents to file such documents as it may deem relevant in opposition to Defendant's motion for summary judgment and thereby be made part of the record herein.

Dated: October 18, 2002

Michael J. Davis
Honorable Michael J. Davis
United States District Judge

FILED OCT 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

1459244v1