**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Patterson Dental Company,
a Minnesota corporation,

Civ. File No. 01-163 (MJD/JGL)

Plaintiff,

v.

**ORDER**

Welch Allyn, Inc.
a New York corporation,

Defendant.

---

This matter is before the Court on Plaintiff's motion to compel the production of documents per Chief Magistrate Judge Lebedoff's Order of June 19, 2002. Plaintiff filed its motion prior to the oral argument on summary judgment in this matter. The Court will grant the motion to compel.

The Court also notes that at oral argument, Defendant expressed concerns over discovery issues and scheduling depositions with Plaintiff. Chief Magistrate Judge Lebedoff handles discovery disputes and issues, and this Court directs Defendant to refer those concerns to Chief Magistrate Judge Lebedoff if they cannot be resolved between the parties. The Court further directs that all such disputes by either party be handled by Chief Magistrate Judge Lebedoff.

OCT
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Defendant's motion to compel the production of documents is **GRANTED**.

Dated: Oct. 18, 2002

Michael J. Davis
United States District Court Judge