UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 01-163 (MJD/JGL)

PATTERSON DENTAL, Jeffrey Shaw

Plaintiff,

v. **TRIAL NOTICE**

WELCH ALLYN, INC., ET AL., David Allgeyer

Defendants.

---

The case listed has a date certain for trial before Judge Michael J. Davis on **Tuesday, October 14, 2003, at 2:00 p.m.**

The calendar clerk shall be advised immediately if the case will be no going to trial.

A pretrial conference in this case will be held on **Tuesday, October 14, 2003, at 9:30 a.m.** The Court **REQUIRES** the attendance of all counsel be at the conference. Counsel should be prepared to discuss any issues related to the trial of the case.

**TWO COPIES OF ALL MATERIALS SHALL BE SUBMITTED TO:**

**Debbie Halfman**
**300 South 4th Street**
**Suite 200**
**Minneapolis, MN 55415**
**(612) 664-5073.**

Dated: Sept 15, 03

Debbie Halfman
DEBRA C. HALFMAN
Calendar Clerk to the
Honorable Michael J. Davis
United States District Court Judge

FILED SEP 15 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____